JS - 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARIA JOSE ZEPEDA PEREZ,

Petitioner,

v.

ERNESTO SANTACRUZ, JR., ET AL.,

Respondents.

Case No. 2:26-cv-01749-DMG-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: April 9, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE